■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD GUTTER, Appellant. [604 NYS2d 736] —Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Felig, J.), rendered June 12, 1991, convicting him of burglary in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the trial court properly refused to submit to the jury the lesser-included offense of criminal trespass in the second degree, because there was no reasonable view of the evidence which would support a determination that the defendant committed the lesser but not the greater offense *(see,* CPL 300.50 [1]; *People v Rohena,* 183 AD2d 859; *People v Ferguson,* 154 AD2d 706, 707).

Additionally, the defendant's *pro se* contention that the trial court erred in its charge by including "remaining unlawfully" as part of the crime of burglary in the second degree is unpreserved for appellate review *(see,* CPL 470.05 [2]; *People v Dillon,* 189 AD2d 775). In any event, any error was harmless due to the overwhelming evidence of the defendant's guilt *(see, People v Crimmins,* 36 NY2d 230, 241). Rosenblatt, J. P., Lawrence, O'Brien and Ritter, JJ., concur.